M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
cmeyer@messner.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE A. ARELLANO-ORTIZ, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.:   2:24-cv-00573-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff JOSE A. ARELLANO-ORTIZ, by and through counsel of record ANDREW M. LEAVITT, ESQ. of LAW OFFICE OF ANDREW M. LEAVITT, ESQ., that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-00573-RFB-DJA, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 25th day of ~~April, 2024~~ February, 2025.

Dated this 25 day of ~~April, 2024~~ February 2025.

MESSNER REEVES, LLP.

/s/ Renee Finch

M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendants*

LAW OFFICE OF ANDREW M. LEAVITT

Andrew M. Leavitt, Esq.
Nevada Bar No. 3989
633 South Seventh Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

IT IS SO ORDERED.

United States District Court Judge

DATED: February 27, 2025